# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   September 22, 2014 |
| Court Reporter: Darlene Martinez | Interpreter: n/a |
| Probation Officer: Nicole Peterson | |

**CASE NO.   14-cr-00119-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Beth Gibson |
| | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1.   MARTHA IMELDA ERIVES-GOMEZ, | Kirkland Brush |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**      10:00 a.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant entered her plea on June 30, 2014, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding the Presentence Investigation Report and the Government's oral motion for third point for acceptance of responsibility.

**ORDERED:**  The Government's oral motion for third point for acceptance of responsibility is GRANTED.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  Defendant's Motion for Variance from the Guidelines in Arriving at an Appropriate Sentence (Doc. 23, filed 9/8/14) is GRANTED as stated on the record.

Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Martha Imelda Erives-Gomez, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **eight (8)** months.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **two (2) years.**

**ORDERED:  Conditions** of Supervised Release that:
- (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)  Defendant shall not commit another federal, state or local crime.
- (**X**)  Defendant shall not possess a firearm or destructive device.
- (**X**)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**)  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED, because the defendant will likely be deported.

**ORDERED:  Special Conditions** of Supervised Release that:
- (**X**)  If defendant is deported, she shall not re-enter the United States illegally. If defendant re-enters the United States legally, she is to report to the nearest U.S. Probation Office within 72 hours of her return.
- (**X**)  Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**)  Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:  No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** **10:39 a.m.**
Hearing concluded.
Total time: 00:39